IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ERIK L. SCOTT, )<br>)<br>Defendant. ) | Case No. 4:23-CR-00101-1-BCW |

## ORDER

Before the Court is Magistrate Judge Morris's Report and Recommendation (Doc. #53) denying Defendant's Motion to Dismiss the Case (Doc. #31). Defendant objected to the Report and Recommendation on May 2, 2024. (Doc. #54). After an independent review of the record, the applicable law, and the parties' arguments, the Court adopts Magistrate Judge Morris's findings of fact and conclusions of law. Accordingly, it is hereby

ORDERED for the reasons stated in the Report and Recommendation (Doc. #53), Defendant's Motion to Dismiss Case (Doc. #31) is DENIED. It is further

ORDERED that Magistrate Judge Morris's Report and Recommendation be attached to and made part of this Order.

IT IS SO ORDERED.

DATED: May 21, 2024

/s/ Brian C. Wimes
JUDGE BRIAN C. WIMES
UNITED STATES DISTRICT COURT