IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA

        Plaintiff,

-vs-                                        Criminal Action No.
                                                23-00101-01-CR-W-BCW

ERIK L. SCOTT,

        Defendant.

## MEMORANDUM OF MATTERS DISCUSSED AND
## ACTION TAKEN AT PRETRIAL CONFERENCE

The following matters were discussed and action taken during the pretrial conference:

**PENDING CHARGE**:      Count One    Felon in Possession of a Firearm, *in violation of* 18 U.S.C. §§ 922(g)(1) and 924(a)(2)

**TRIAL COUNSEL**:
        Government: Ashleigh Ragner; both a second chair and Paralegal Geoffrey Gorup will assist
            Case Agent: Detective Todd Winborn – Independence, Missouri Police Department
        Defense:    Bill Raymond; Paralegal Sandy Schnack and Investigator Ashley Plowden will assist

**OUTSTANDING MOTIONS**:    Motion to Suppress (Doc. 37), *Report & Recommendation Filed 5/9/24 (Doc. 55)*

**ANTICIPATED MOTIONS**:    None

**TRIAL WITNESSES**:
        Government:   5 with stipulations; 6 without stipulations
        Defense:   1 additional witness, including Defendant who may testify

**TRIAL EXHIBITS**:
        Government:   50 exhibits
        Defense:   10 exhibits

**DEFENSES**:
        ( x )    defense of general denial
        (   )    defenses of general denial and _____

**POSSIBLE DISPOSITION**:
        (  ) Definitely for trial                     ( x ) A bench trial may be requested
        ( x ) Motion to continue may be filed        (  ) Likely a plea will be worked out

**TRIAL TIME**:   **2 days**
    Government's case including jury selection:   1 ½ days
    Defense case:   ½ day

**STIPULATIONS**:
- (  )  not likely
- (  )  not appropriate
- ( x )  likely as to:
    - (  )  chain of custody
    - (  )  chemist's reports
    - ( x )  prior felony conviction and knowledge thereof
    - ( x )  interstate nexus of firearm
    - (  )  other: _____

**UNUSUAL QUESTIONS OF LAW**:   None

**FILING DEADLINES:**

**Witness and Exhibit Lists**:
Government:   August 30, 2024
Defense:   August 30, 2024
**Counsel are requested to list witnesses in alphabetical order on their witness list.**

**Exhibit Index, Voir Dire, Jury Instructions**:   August 30, 2024
**Jury instructions must comply with Local Rule 51.1**

**Motions in Limine**:   August 30, 2024

**TRIAL SETTING**: Criminal jury trial docket commencing September 16, 2024
    **Please note**:   *The Government has a two-day bench trial in <u>United States v. Mitchell</u>, 23-00203-CR-W-HFS, set for September 16, 2024.   Government counsel is also trying <u>United States v. Hyde</u>, 23-00264-CR-W-DGK, in which the second week of the docket has been requested.*

**OTHER**:
- (  )  A _____-speaking interpreter is required.
- (  )  Other assistive devices: _____

    **IT IS SO ORDERED.**

                                                 */s/ Jill A. Morris*
                                                 JILL A. MORRIS
                                                 United States Magistrate Judge