# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) </br> ) </br> Plaintiff, ) </br> ) </br> v. ) </br> ) </br> ERIK L. SCOTT; ) </br> Defendant. ) </br> ) | Case No. 4:23-CR-00101-BCW-01 |

## ORDER

Before the Court is Magistrate Judge Jill A. Morris's Report and Recommendation (Doc. #55) concerning Defendant Erik Scott's motion to suppress physical evidence and statements. (Doc. #37).

On May 4, 2022, the defendant's vehicle was searched, and a firearm, magazine, and ammunition were seized. On February 20, 2024, Defendant filed a motion to suppress the physical evidence seized and statements made subsequent to the search. On April 3, 2024, Judge Morris held an evidentiary hearing on the motion to suppress. (Doc. #48). On May 9, 2024, Judge Morris issued the instant Report and Recommendation denying Defendant's motion. (Doc. #55). Defendant objected to the Report and Recommendation on May 23, 2024. (Doc. #60).

The Court, after an independent review of the record and the applicable law, adopts the Magistrate's Report and Recommendation. Accordingly, it is hereby

ORDERED that the Magistrate's Report and Recommendations be attached to and made part of this Order (Doc. #55). It is further

ORDERED Defendant's motion to suppress (Doc. #37) is DENIED for the reasons stated in the Report and Recommendations.

IT IS SO ORDERED.

DATED: <u>August 22, 2024</u>   <u>/s/ Brian C. Wimes</u>
                                JUDGE BRIAN C. WIMES
                                UNITED STATES DISTRICT COURT